**No. 58831.**—Air Clearance Ass'n, Inc. *v.* United States, protest 239247–K (New York).

Opinion by JOHNSON, J. It appearing from the papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)

**No. 58832.**—Jos. Galkin Corp. *v.* United States, protest 239486–K (New York).

Opinion by JOHNSON, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's action, the protest was overruled.

**No. 58833.**—Air-Freight Clearance Co. *v.* United States, protest 240063–K (New York).

Opinion by JOHNSON, J. It appearing from the papers that the protest was filed more than 60 days after liquidation, it was dismissed as untimely. (Section 514, Tariff Act of 1930.)